THE RYAN FIRM
A Professional Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SETKA, an individual; CYNTHIA M. SETKA, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; SETERUS, INC.; THE MORTGAGE LAW FIRM PLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.: 2:16-cv-05861-R<br>Date Action Filed: August 5, 2016<br><br>**JUDGMENT OF DISMISSAL OF SETERUS, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br>Trial Date: None set. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Judgment of Dismissal

The Court, having granted defendants Seterus, Inc. and Federal National Mortgage Association's motion to dismiss the First Amended Complaint ("FAC") filed by Plaintiffs Michael A Setka and Cynthia M. Setka (together, "Plaintiffs") through its written order dated January 9, 2017:

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is DISMISSED as to defendants Seterus, Inc. and Federal National Mortgage Association. Defendants Seterus, Inc. and Federal National Mortgage Association are the prevailing party in this matter against Plaintiffs.

Dated: April 12, 2017

Hon. Manuel L. Real
United States District Judge